SUSAN BLACK DUNN, # 3784
W. LEWIS BLACK, # 13497
**DUNN & DUNN, P.C.**
3115 East Lion Lane, Suite 160
Salt Lake City, Utah 84121
Telephone: (801) 521-6677
Facsimile: (801) 521-9998
sblack@dunndunn.com
wlblack@dunndunn.com

*Attorneys for Defendant Metropolitan Life & Casualty Insurance Company, Inc.*

## IN THE UNITED STATES DISTRICT COURT, STATE OF UTAH, CENTRAL DIVISION

| DOUGLAS BROWN AND DEBRA BROWN, PLAINTIFFS, | **STIPULATED MOTION TO DISMISS** |
|---|---|
| v. | CASE NO. 1:20-CV-00120-BSJ |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, INC. DEFENDANT. | JUDGE BRUCE S. JENKINS |

Defendant Metropolitan Property and Casualty Insurance Company, Inc. ("MetLife"), by and through its attorneys, Susan Black Dunn and W. Lewis Black, of the law firm of Dunn & Dunn, P.C., and Plaintiffs Douglas and Debra Brown ("the Browns"), by and through their attorney, Ryan Nord, of Sage Law Partners, L.L.C., hereby stipulate and move for the dismissal with prejudice of the above-entitled matter, each party to pay their own attorneys' fees and costs. MetLife and the Browns reached a full and final settlement of any and all claims and issues between them at the conclusion of mediation on January 14, 2021.

MetLife and the Browns respectfully request the court to dismiss Plaintiffs' Complaint, with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 1st day of February, 2021.

SAGE LAW PARTNERS, L.L.C.               DUNN & DUNN, P.C.

/s/ RYAN NORD                           /s/ SUSAN BLACK DUNN
RYAN NORD                               SUSAN BLACK DUNN
*Attorney for Plaintiffs Douglas and Debra Brown*   W. LEWIS BLACK
                                        *Attorneys for Defendant Metropolitan Property and Casualty Insurance Company, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, a true and correct copy of the foregoing **STIPULATED MOTION** was served as indicated below:

*Via email and ECF* on the following:

Ryan M. Nord (11140)
Sage Law Partners, LLC
140 North Union Ave., Suite 220
Farmington, Utah 84025
Tel: (801) 438-7120
Fax: (801) 438-7121
Email: mord@sagelawpartners.com
*Attorneys for Plaintiffs Douglas Brown
and Debra Brown*

                                                **DUNN & DUNN, P.C.**

                                                /s/ Brooke Diana Landerghini
                                                Legal Assistant