FILED
2021 FEB 1 PM 2:32
CLERK
U.S. DISTRICT COURT

*Prepared by:*
SUSAN BLACK DUNN, #3784
W. LEWIS BLACK, #13497
**DUNN & DUNN, P.C.**
3115 East Lion Lane, Suite 160
Salt Lake City, Utah 84121
Telephone: (801) 521-6677
Facsimile: (801) 521-9998
sblack@dunndunn.com
wlblack@dunndunn.com

*Attorneys for Defendant Metropolitan Life & Casualty Insurance Company, Inc.*

## IN THE UNITED STATES DISTRICT COURT, STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DOUGLAS BROWN AND DEBRA BROWN, PLAINTIFFS, <br><br> V. <br><br> METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, INC. DEFENDANT. | **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> CASE NO. 1:20-CV-00120-BSJ <br><br> JUDGE BRUCE S. JENKINS |

Having considered the Stipulated Motion filed by Defendant Metropolitan Property and Casualty Insurance Company, Inc. and Plaintiffs Douglas and Debra Brown, requesting the dismissal with prejudice of the above-entitled matter, the parties having reached a full and final settlement of any and all claims and issues between them at the conclusion of mediation on January 14, 2021,

The Court hereby grants the parties' Stipulated Motion and orders the dismissal of the above-entitled matter, with prejudice, each party to pay their own attorneys' fees and costs.

DATED this ___1ST___ day of February, 2021.

BY THE COURT:

_____
JUDGE BRUCE S. JENKINS
United States District Court, State of Utah, Central Division

Approved as to form:

**SAGE LAW PARTNERS, L.L.C.**

/s/ RYAN NORD
RYAN NORD
*Attorney for Plaintiffs Douglas and Debra Brown*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, a true and correct copy of the foregoing **Proposed Order re: Stipulated Motion** was served as indicated below:

*Via email and ECF* on the following:

Ryan M. Nord (11140)
Sage Law Partners, LLC
140 North Union Ave., Suite 220
Farmington, Utah 84025
Tel: (801) 438-7120
Fax: (801) 438-7121
Email: rnord@sagelawpartners.com
*Attorneys for Plaintiffs Douglas Brown and Debra Brown*

DUNN & DUNN, P.C.

/s/ Brooke Diana Landerghini
Legal Assistant